# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-20968-CR-ALTMAN/Hunt-1

**UNITED STATES OF AMERICA**

v.

**TALLISSA CAESAR,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Government's Motion for Revocation of Magistrate Judge's Order of Bond, filed on March 26, 2019, ("Motion") [ECF No. 6], and United States Magistrate Judge John J. O'Sullivan's Report and Recommendation, issued on April 23, 2019, ("Report") [ECF No. 21]. Magistrate Judge O'Sullivan recommended that the Motion be denied and advised the parties that they had fourteen days to object to the Report. *See* Report at 10. No party filed objections during that fourteen-day period.

When a party objects to a magistrate judge's report and recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *accord* FED. R. CRIM. P. 59(b)(3). Failure to object to the magistrate judge's proposed findings and recommendations "waives a party's right to review." FED. R. CRIM. P. 59(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). The district court "may accept, reject,

2

or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has reviewed the Report, the Motion, the record, and the applicable law, and finds that the Government has waived its right to object to the Report.

Accordingly, this Court hereby **ORDERS AND ADJUDGES** that the Report and Recommendation [ECF No. 21] is **ACCEPTED AND ADOPTED**, and the Government's Motion [ECF No. 6] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of May 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge John J. O'Sullivan
    counsel of record